STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL
PROTECTION v. HIGH POINT SANITATION
COMPANY, ETC., ET AL.

December 19, 1988.

This matter having been duly considered and the Court
having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is
dismissed. (See 110 *N.J.* 511)

LINDA C. HARE, ET AL. v. NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION, ET AL.

December 19, 1988.

Petition for certification denied.

TOWNSHIP OF FRANKLIN v. STATE OF NEW JERSEY, DE-
PARTMENT OF ENVIRONMENTAL PROTECTION, ET AL.

December 19, 1988.

Petition for certification denied.